ACCEPTED
01-15-00613-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 7:10:10 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00613-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 7:10:10 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE INTEREST OF
## M.C.M., AKA B.G.M., CHILD

## M.M., APPELLANT

## VS.

## DEPARTMENT OF FAMILY & PROTECTIVE
## SERVICES, APPELLEE

ON APPEAL FROM
THE 314TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-03160J

## NOTICE OF APPEARANCE OF APPELLATE COUNSEL AND APPELLANT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"),

appointed attorney ad litem on appeal for Appellant, M.M., respondent

Page 1 of 6

mother, and hereby files this notice of appearance of appellate counsel and unopposed motion for first extension of time to file appellant's brief, and in support thereof would respectfully show as follows:

## I.

Appellant's parental rights were terminated by a Decree for Termination signed by the Honorable John F. Phillips, Presiding Judge, 314th District Court of Harris County, Texas, and entered June 30, 2015, Cause No. 2014-03160J, styled "*In the Interest of M.C.M., aka B.G.M., Child;* In the District Court of Harris County, 314th Judicial District."

## II.

Appellant is presumed indigent and may proceed without advance payment of costs as provided by **Tex. R. App. P. 20.1(a)(3).**

## III.

This is an accelerated appeal. Appellant's brief is due August 17, 2015.

The undersigned is requesting an extension of time up to and including September 16, 2015, to prepare and file appellant's brief citing the undersigned's desire for additional time to review the record (and any supplementation) in this appeal.

Appellate counsel was not the attorney of record in the underlying cause.

Further, appellate counsel would show that good cause exists to grant the requested extension of time as he also is preparing the appellant's brief in Cause No. 01-15-00571-CV; styled: *In the Interest of A.G. and F.G., Children,* said brief being due August 24, 2015, absent request for a first extension.

Additionally, appellate counsel will be making several appearances in the district and probate courts of Harris County, Texas over the next several weeks.

Finally, this motion to extend time is filed in conformity with **Tex. R. App. P. 10.5.**

WHEREFORE, PREMISES CONSIDERED, M.M., Appellant, prays that the Court take notice that Donald M. Crane has been appointed her appellate counsel and, further, grant her unopposed motion for first extension of time to file appellant's brief up to and including September 16, 2015, as set forth above. Appellant prays for general relief.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON APPEAL FOR APPELLANT M.M.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

/s/ **Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2015, a true and correct copy of the foregoing Notice of Appearance of Appellate Counsel and Unopposed Motion for First Extension of Time to File Appellant's Brief was served in accordance with the TRAP.

1. Marc A. Ritter
   Assistant County Attorney
   1019 Congress Avenue, 15th Floor
   Houston, Texas 77002-1700
   (713) 437-4700 fax

2. Daryl Longworth
   1385 FM 359, Suite 308
   Richmond, Texas 77406
   (832) 363-1230 fax

3. John R. Millard
   1 Sugar Creek Center Boulevard, Suite 925
   Sugar Land, Texas 77478
   (888) 501-6580 fax

4. Kevin H. George
   440 Louisiana Street, Suite 1130
   Houston, Texas 77002
   (000) 000-0000 fax

5. Julia Rangel, CSR
Texas CSR 6412
Official Court Reporter
314th District Court
1200 Congress, 5th Floor
Houston, Texas 77002
(000) 000-0000 fax

**/s/ Donald M. Crane**
Donald M. Crane